In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro



Re: Court Of Appeals Number: 04-14-00785-CV-04

Trial Court Case 2011 –CI-15957

## In Response to Appellee Manuel Castro extension of 60 days and Address change

To The Justices of the Court:

Here comes Appellant MaryAnn Castro responding to Appellee Request. Appellant Maryann Castro has filed a motion to deny on June the 19, 2015 and objects to anymore time extension by Appellee Manuel Castro or anyone in his behalf.

Appellee Manuel Castro did know his Appellee Brief was due on June 19, 2015 it was discussed by Appellee Manuel Castro and his Attorney Joseph Appelt at the Time of his withdraw and Counsel Joseph Appellt stated and between Appellant Maryann Castro and Appellee Manuel Castro

Appellant Maryann Castro has filed a Complaint against Counsel Joseph Appelt for his part of fraud, and hiding martial assets and legal malpractice of processing a divorce in Active Bankruptcy

The non-spouse Mistress Christina Pacheco and Appellee Manuel Castro have been living together for little over 4 years while married to Appellant Maryann Castro.

Appellee Manuel Castro is lying about his residence; see text and photo sent to Appellant MaryAnn Castro by the non-spouse mistress Christina Pacheco known as Tina Pacheco.

People V. Berry (1991) 230 Cal.App.3d 1449 Lying in Family Court.

Appellant Maryann Castro prays for Justice and relief

See copy of Christina Pacheco text to Appellant Maryann Castro about correspondence to Appellee Manuel Castro and photo showing 624 W. Goodwin which is where Appellee Manuel Castro resides at in Pleasanton Texas Appellee Manuel Castro has been using the Community Funds to pay for his extra martial affair instead of the home mortgage for over 4 years.

Appellant Maryann Castro did not receive notice of Appellee Manuel Castro asking the Court for 60 day extension Appellant Maryann Castro filed prior and did notify Appellee Manuel Castro no more brief time.

Appellant Maryann Castro prays for Justice.

Appellant Maryann Castro pro-se

1501 Olive

Jourdanton, Texas 78026

Pacattitude2014@gmail.com

(A) State BAR Joseph Appelt
(A-1) Christina Pacheco Sent text to Appellant MaryAnn Castro
(B) 624 W. Goodwin is Appellee manuel Castro Address
(B1) Appellee manuel Castro letter



# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

June 16, 2015

Mary Ann Castro
1501 Olive
Jourdanton, TX  78026

Re: 201502569 - Mary Ann  Castro -  Joseph P. Appelt, Jr.

Dear Mr./Ms. Castro:

Your request to appeal the classification decision in the above-referenced matter was received and has been forwarded to the Board of Disciplinary Appeals for their review.

The Board of Disciplinary Appeals will notify you of its decision and any further action to be taken.

Sincerely,

K.W. Morgan
Assistant Disciplinary Counsel

KM/ss



6/17/2015

From: Maryann Balderas Castro <pacattitude2014@gmail.com>
To: pacattitude06 <pacattitude06@aol.com>
Subject: Fwd: Tina pacheco
Date: Wed, Jun 17, 2015 1:47 pm

---

———— Forwarded message ————
From: "Maryann Balderas Castro" < pacattitude2014@gmail.com>
Date: Jun 17, 2015 1:13 PM
Subject: Tina pacheco
To: < pacattitude2014@gmail.com>
Cc:

You are on obviously nuts. Stop trespassing on my property. This is your final warning. This is my home. Find somewhere else to leave your EXHUSBAND coorespondence. Might I repeat, EXHUSBAND. You are harassing me again. After four years, get a life.



**From:** Maryann Balderas Castro <pacattitude2014@gmail.com>

    **To:** pacattitude06 <pacattitude06@aol.com>; pacattitude2014 <pacattitude2014@gmail.com>

**Subject:** Tina pacheco

    **Date:** Wed, Jun 17, 2015 1:47 pm

**Attachments:** 20150616_195231.jpeg (1213K)

Police have been notified that you have trespassed again on my property. He has his own mailing address this envelope will be sent back to you.

1 Attached Images





FOR:
Manuel Castro
624 W. Goodwin
Delivered
6/15/15

June 19, 2015

To Fourth Court of Appeals
San Antonio, Texas

Court of Appeals Number: 04-14-00785-CV

Trial Court Case Number: 2011-CI-15957

Sirs:

My name is Manuel Castro – the Appellee.
P O Box 47776
San Antonio, TX 78265

(830) 570-5885

I received the notice to file a brief regarding this case, but I thought that my divorce attorney Mr. Joseph Appelt was handling my case.

Unfortunately, he has withdrawn. The notice was mailed to 23302 Hickory Shadow, Elmendorf, TX 78112. I no longer reside there.

My mailing address is P O Box 47776, San Antonio, TX 78265.
I received the letter on June 17, 2015, it also had the wrong P o box number (it had p o box 4776, San Antonio, Tx 78265).

I am requesting an extension of sixty days to file my brief.

With gratitude,

1